# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL GEOVANI LOPEZ,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>JAMES A. YATES, Warden,<br><br>　　　　Respondents. | Case No. EDCV 05-540-GW (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.[1]

/ / /

/ / /

/ / /

---

[1] The Court notes there is a typographic error on page 17, line 9 of the Report and Recommendation.

1  IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2  Report and Recommendation; and (2) denying the Petition and dismissing this action
3  with prejudice.

5  DATED: August 24, 2010

                                            HONORABLE GEORGE H. WU
                                            United States District Judge

8  Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge