JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARIEL GEOVANI LOPEZ,                    )        Case No. EDCV 05-540-GW (OP)
                                        )
                                        )        J U D G M E N T
                  Petitioner,           )
                                        )
          vs.                           )
                                        )
JAMES A. YATES, Warden,                 )
                                        )
                                        )
                  Respondent.           )
_____)

          Pursuant to the Order Adopting Findings, Conclusions, and
Recommendations of the United States Magistrate Judge,

          IT IS ADJUDGED that the Petition is denied and this action is dismissed with
prejudice.

DATED: *August 24, 2010*                    _____
                                            HONORABLE GEORGE H. WU
                                            United States District Judge

Prepared by:


_____
HONORABLE OSWALD PARADA
United States Magistrate Judge